**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Gale Robinson** | : | |
| | : | Case No. 2:15-CV-1267 |
| Plaintiff, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge Kemp |
| **Knox Community Hospital, et al.,** | : | |
| | : | |
| Defendants. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gale Robinson and Defendants Knox Community Hospital and Danielle O'Brien

by and through their undersigned Counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules

of Civil Procedure, stipulate to the dismissal, with prejudice, of this action with each party

bearing their own costs.

Respectfully Submitted,


*s/Laren E. Knoll*
Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
Telephone: 614-372-8890
Facsimile: 614-452-4850
Email: lknoll@knolllaw.com
*Trial Attorney for Plaintiff Gale Robinson*

*s/Felix C.Wade per email authority 12/22/15*
Felix C. Wade (0024462)
Ice Miller LLP
250 West Street
Columbus, Ohio 43215
Telephone: 216-696-4441
Facsimile: 216-696-1618
Email: Pete.Wade@icemiller.com
*Trial Attorney for Defendant Knox*
*Community Hospital and Defendant*
*Danielle O'Brien*

2

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Stipulation of Dismissal was filed with the Court on this 26th day of January, 2016. All parties will be notified via the Court's electronic notification system.

s/Laren E. Knoll
Laren E. Knoll, Esq.
The Knoll Law Firm LLC
*Trial Attorney for Plaintiff Gale Robinson*